**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00758-REB-MJW

CATHERINE WHEELS,

     Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me the **Stipulation of Dismissal of With Prejudice** [#21][1] filed August 18, 2011.  After reviewing the stipulation and the file, I conclude that stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of With Prejudice** [#21] filed August 18, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for March 9, 2012, is **VACATED**;

3. That the jury trial set to commence March 26, 2012, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 18, 2011, at Denver, Colorado.

                            **BY THE COURT:**

                            */s/ Robert E. Blackburn*
                            Robert E. Blackburn
                            United States District Judge

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.